IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RENATA SEIFERT and<br>HORST SEIFERT,<br><br>    Plaintiffs,<br><br>Vs.<br><br>LASIK VISION INSTITUTE,<br><br>    Defendant.<br><br>RENATA SEIFERT and<br>HORST SEIFERT,<br><br>    Plaintiffs,<br><br>Vs.<br><br>MUSA HOLDINGS, INC.; LASER VISION<br>INSTITUTE D/B/A LASIK VISION INSTITUTE;<br>DAVID S. MURPHY, M.D.,<br><br>    Defendants. | No.   04-2616 Ma/P<br>~~04-2336-BP~~<br><br>**Class Action**<br>**Jury Trial Demanded** |

## ORDER AMENDING SCHEDULING ORDER

This matter came on to be heard upon the joint motion of the parties to amend the Scheduling Order, for good cause shown, and upon the entire record in the cause from all of which the Court finds that said motion is well taken and the following deadlines are hereby established:

    1.    Discovery related to the issue of class certification and whether the Rule 23 requirements are met:    June 10, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-2-05



2.  Deadline for Plaintiffs to file motion for class certification:   July 10, 2005

3.  Deadline for Defendants to respond to class certification:   August 10, 2005

IT SO ORDERED, ADJUDGED AND DECREED this the ___1___ day of __May__, 2005.

_____
TU M. PHAM
United States Magistrate Judge

N:\DHT\2003\03-445T\Pleadings\Order Amend Scheduling Order.wpd

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02616 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT