IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___CJ___ D.C.

05 JUL 15 AM 10: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| RENATA SEIFERT, AND HORST SEIFERT,       Plaintiffs, vs. MUSA HOLDINGS, INC., LASER VISION INSTITUTE d/b/a LASIK VISION INSTITUTE; and DAVID S. MURPHY, M.D.,       Defendants. | Civ. No. <u>04-2616-Ma/P</u> |

### ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO COMPEL CLASS ACTION DISCOVERY

Before the court is Plaintiffs' Motion to Compel Class Action Discovery, filed May 13, 2005 (Dkt #26). The court was informed on July 14, 2005, via telephone by defendants' attorney, Brian Faughnan, that the case has settled. Therefore, plaintiffs' motion is DENIED as MOOT.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

<u>July 14, 2005</u>
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on ___7-18-05___

35

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02616 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable Samuel Mays
US DISTRICT COURT