58250-MRP

FILED BY _____ D.C.

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

05 OCT -5 PM 5: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**RENATA SEIFERT and
HORST SEIFERT,**

      **Plaintiffs,**

v.

**MUSA HOLDINGS, INC.; LASER VISION
INSTITUTE d/b/a LASIK VISION INSTITUTE;
DAVID S. MURPHY, M.D.**

      **Defendants.**

NO: 04-2616- Ma P
**Class Action
Jury Trial Demanded**

## AGREED ORDER OF VOLUNTARY DISMISSAL

It appearing to the Court the parties are in agreement that the Plaintiff seeks to voluntarily dismiss the action as to Dr. David Murphy.

It is HEREBY ORDERED that this cause of action is dismissed as to Dr. David Murphy without prejudice of refiling of same.

ORDERED this the 5th day of October, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-7-05

36

58250-MRP

APPROVED FOR ENTRY:

*[signature]*

DALE TUTTLE (BPR# 006002)
TIM EDWARDS (BPR# 005353)
*Attorney for Plaintiffs*
26 N. Second Street
Memphis, TN 38103
(901) 527-4673

*Cannon Allen (approved as to form only) By MRP w/ express permission*

CANNON F. ALLEN (BPR# 012548)
BRIAN S. FAUGHNAN (BPR# 019379)
Attorneys *for Defendant Laser Vision Institute d/b/a Lasik Vision Institute*
80 Monroe Avenue, Suite 700
Memphis, TN 38103-2476
(901) 524-4965

*[signature]*

MARTY R. PHILLIPS (BPR# 014990)
BRADFORD D. BOX (BPR# 016596)
105 S. Highland Avenue
Jackson, TN 38301
(731) 423-2414

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02616 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT