UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 28  AM 10: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| **RENATA SEIFERT** and **HORST SEIFERT,** ) ) ) Plaintiffs, ) ) vs. ) ) **MUSA HOLDINGS, INC.; LASER VISION INSTITUTE D/B/A LASIK VISION INSTITUTE; DAVID S. MURPHY, M.D.; and RUSSELLVILLE EYE CLINIC, P.A.,** ) ) ) ) ) ) ) ) Defendants | No. 04-2616-Ma P |

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE AS TO MUSA HOLDINGS, INC. AND LASER VISION INSTITUTE D/B/A LASIK VISION INSTITUTE

It appearing to the Court as evidenced by the signatures of counsel for plaintiffs and counsel for MUSA Holdings, Inc. and Lasik Vision Institute that all matters in controversy between them have been fully compromised and settled and because they are the only remaining defendants in this case should be dismissed with prejudice on the merits;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against defendants are hereby dismissed with prejudice on the merits. No discretionary costs shall be awarded.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-30-05

37

IT IS SO ORDERED.

*[signature]*

_____
JUDGE

Date: December 27, 2005
_____

APPROVED FOR ENTRY:

*Dale Tuttle / with perm CFA*
_____
DALE H. TUTTLE
Attorney for the Plaintiffs

*[signature]*
_____
CANNON F. ALLEN (BPR#12548)
Attorney for Defendants
Musa Holdings, Inc. and Laser
Vision Institute d/b/a Lasik
Vision Institute

K:\CFA\PLDGS\Lasik\OrderDismissal.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CV-02616 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Marty R. Phillips
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT